

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00723-CV

Jad P. **HARPER** and Juan Carlos Garcia,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY** and Aslam S. Gilani,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-07-26624-MCV
Honorable Cynthia L. Muniz, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellees Farmers Texas County Mutual Insurance Company and Aslam S. Gilani recover their costs of this appeal, if any, from appellants Jad P. Harper and Juan Carlos Garcia.

SIGNED April 16, 2014.

_____
Marialyn Barnard, Justice